JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADAM VITAEV,

        Petitioner

     v.

FERETI SEMAIA, Warden,
Adelanto ICE Processing Center, et al.,

        Respondents.

Case No. EDCV 26-0601-MWF (E)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** the Petition is **DENIED** and **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge